**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-14099-MAYNARD**

**NANFACK DANIEL M. NJIPWO,**

**Plaintiff,**

**v.**

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), *et al.*,**

**Defendants.**
______________________________________/

**ORDER**

This matter is before me upon Plaintiff's Motion for Leave to File Second Amended Petition ("Motion to Amend"). DE 18. In this case, Plaintiff, proceeding *pro se*, seeks "to compel the United States Citizenship and Immigration Services (USCIS) to act on multiple immigration matters that have been unreasonably delayed or improperly adjudicated." DE 8 at 1. On September 18, 2025, Plaintiff filed the Motion to Amend. DE 18. Attached to the Motion to Amend is Plaintiff's proposed Second Amended Petition, which does not include new underlying facts but divides Plaintiff's claims into two counts and adds a claim of violation of the Americans with Disabilities Act ("ADA") to Plaintiff's existing assertions that Defendants have violated the Administrative Procedures Act, the Immigration and Nationality Act, and the Rehabilitation Act. DE 18-2; *compare* DE 8.

Defendants oppose the Motion to Amend, arguing it would improperly expand the lawsuit and fails to sufficiently state a claim under the ADA. DE 19 at 18. However, Federal Rule of Civil Procedure 15, which governs the amendment of pleadings, "reflects a policy of 'liberally permitting amendments' . . . 'to facilitate determination of claims on the merits . . . .'" *Canto Marti*

*v. Iberostar Hoteles y Apartamentos S.L.*, 2024 WL 3595359, at *1 (S.D. Fla. July 31, 2024) (citations omitted). In furtherance of that policy, I find good cause to allow Plaintiff to amend his pleading so I can determine the merits of his claims.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Amend, DE 18, is **GRANTED**. The Second Amended Petition, DE 18-2, **SHALL** be deemed filed as of the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of November, 2025.

SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE